IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE SAMUEL ACINELLI.  No. C-13-1903 TEH (PR)

ORDER OF TRANSFER

/

 Plaintiff Samuel Acinelli, a state inmate who is housed at the California Institution for Men (CIM) in Chino, California, has filed a letter complaining of his treatment by medical staff at CIM, which the Court construes as an attempt to file a pro se complaint under 42 U.S.C. § 1983. Specifically, Plaintiff alleges that CIM medical staff prescribe Tylenol or Aleve instead of proper pain medication. Doc. #1.

 The CIM is located in San Bernardino County, which lies in the Central District of California. Thus, the events or omissions giving rise to Plaintiff's claims occurred in the Central District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Central District. See 28 U.S.C. § 1391(b).

 Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is transferred to the United States District Court for the Central District of California.

 The Clerk shall transfer this matter, terminate all

1 | pending motions as moot and close the file.

3 | IT IS SO ORDERED.

5 | DATED   *05/13/2013*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.13\Acinelli 13-1903-CRTRANS.wpd

2